IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZUNIR WILSON-WALKER | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-4828 |
| | : | |
| C/O GAMBONE, MAJOR MORYER, CERT. SGT. STABILE, KEALEY, LAW LIBRARY CLERK, CAPTAIN SMITH, MONTGOMERY COUNTY CORRECTIONAL FACILITY EMPLOYEES | : | |

# ORDER

**AND NOW**, this 7th day of October 2024, upon screening the incarcerated person's pro se Complaint (ECF 1) after granting him leave to proceed without paying filing fees (ECF 6) consistent with our obligations under 28 U.S.C. § 1915(e)(2)(B), noting Plaintiff alleges sexual harassment, a denial of access to courts claim, and possibly a retaliation claim but does not presently plead sufficient facts allowing us to plausibly infer constitutional violations and cannot plead a constitutional claim to a particular placement, and for reasons in today's accompanying Memorandum, it is **ORDERED** we **DISMISS** the Complaint (ECF 1):

1. **With prejudice** as to the Montgomery County Correctional Facility requiring we **amend** the caption as above; and,

2. **Without prejudice** as to the remaining claims with leave to file an amended Complaint by no later than **November 8, 2024** consistent with facts and the accompanying Memorandum reminding Plaintiff we may direct the Clerk of the Court to close this case if he does not timely amend the dismissed Complaint under this Order.

**KEARNEY, J.**