# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZUNIR WILSON-WALKER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 24-4828 |
| | : | |
| **C/O GAMBONE, MAJOR MOYER, LT. STABILE, LAW LIBRARY SUPERVISOR KEELEY DIANGELO, CAPTAIN SMITH** | : | |

## ORDER

**AND NOW**, this 17th day of January 2025, following our October 7, 2024 dismissal of the incarcerated person's pro se Complaint (ECF 8) with leave to amend, now screening his amended Complaint (ECF 13) consistent with Congress' mandate under section 1915, and for reasons in today's accompanying memorandum, it is **ORDERED** we**:**

    1.    **DISMISS** the amended Complaint (ECF 13) without prejudice to file a second amended Complaint by no later than **February 18, 2025** consistent with known facts and the Law detailed in today's accompanying Memorandum reminding Plaintiff this is his third opportunity to plead claims arising from the July 9, 2024 interaction with Officer Gambone and subsequent conduct and we may direct the Clerk of Court to close this case if Plaintiff does not timely amend with claims plead consistent with the Law; and,

    2.    **Amend** the caption as above to correct the spelling of the correctional officers' names.

                                                          **KEARNEY, J.**